UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Pinterest, Inc. Securities Litigation

Case No. 3:26-cv-02745-RFL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, Lauren A. Ormsbee, an active member in good standing of the bar of State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: see Attachment A in the above-entitled action. My local co-counsel in this case is Kenneth J. Black, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 291871.

Labaton Keller Sucharow LLP
140 Broadway
New York, NY 10005
MY ADDRESS OF RECORD

Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 907-0700
MY TELEPHONE # OF RECORD

(619) 231-1058
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

lormsbee@labaton.com
MY EMAIL ADDRESS OF RECORD

kennyb@rgrdlaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NY 3959152.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 time in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2026 _____

Lauren A. Ormsbee _____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lauren A. Ormsbee _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____ June 25, 2026 _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE