**LABATON KELLER SUCHAROW LLP**
Lauren A. Ormsbee (*pro hac vice*)
Jesse L. Jensen (*pro hac vice*)
Alexandra E. Forgione (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
lormsbee@labaton.com
jjensen@labaton.com
aforgione@labaton.com

*Lead Counsel for Lead Plaintiffs the Pension Funds and the Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Kenneth J. Black (Bar No. 291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Tel: (415) 288-4545
kennyb@rgrdlaw.com

*Liaison Counsel for Lead Plaintiffs the Pension Funds and the Class*

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE PINTEREST, INC. SECURITIES LITIGATION

Case No.: 3:26-cv-02745-RFL

**JOINT STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE**

Honorable Rita F. Lin

Lead Plaintiffs Local 705 International Brotherhood of Teamsters Pension Fund, Northern California Glaziers, Architectural Metal and Glassworkers Pension Plan, and Bay Area Painters and Tapers Pension Trust Fund (collectively, "Lead Plaintiffs" or the "Funds") and Defendants Pinterest, Inc., William Ready, and Julia Brau Donnelly (collectively, "Defendants"; together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation.

**WHEREAS**, on March 30, 2026, Plaintiff Ivan Uziel filed a putative class action complaint alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder (Dkt. No. 1);

**WHEREAS**, on June 15, 2026, the Court entered an Order Appointing Lead Plaintiffs and Lead Counsel (the "Order"), appointing the Funds as Lead Plaintiffs, Labaton Keller Sucharow LLP as Lead Counsel, and Robbins Geller Rudman & Dowd LLP as Liaison Counsel (Dkt. No. 49);

**WHEREAS**, the Court ordered the Parties to jointly submit a proposed schedule for the filing of an amended complaint and Defendants' response (*id.*);

**NOW THEREFORE**, counsel for Defendants and Lead Plaintiffs have conferred and it is stipulated, agreed, and respectfully submitted for the Court's approval as follows:

1. Lead Plaintiffs shall file an Amended Complaint by September 15, 2026;
2. Defendants shall file a motion to dismiss or otherwise respond to the Amended Complaint by November 16, 2026;
3. Lead Plaintiffs shall file their opposition to any motion to dismiss by January 15, 2027; and
4. Defendants shall file any reply in support of a motion to dismiss by March 1, 2027.

IT IS SO STIPULATED.

Dated: June 29, 2026

**LABATON KELLER SUCHAROW LLP**

By *<u>/s/ Lauren A. Ormsbee</u>*
Lauren A. Ormsbee (*pro hac vice*)
Jesse L. Jensen (*pro hac vice*)

Alexandra E. Forgione (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
Fax: (212) 818-0477
lormsbee@labaton.com
jjensen@labaton.com
aforgione@labaton.com

*Lead Counsel for Lead Plaintiffs the Funds and the Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Kenneth J. Black (Bar No. 291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 288-4545
kennyb@rgrdlaw.com

*Liaison Counsel for Lead Plaintiffs the Funds and the Class*

Dated: June 29, 2026

**GIBSON DUNN & CRUTCHER LLP**

By */s/ Jessica Valenzuela*
Jessica Valenzuela (Bar No. 220934)
Michael D. Celio (Bar No. 197998)
310 University Avenue
Palo Alto, CA 94301
Tel.: (650) 849-5300
Fax: (650) 849-5333
jvalenzuela@gibsondunn.com
mcelio@gibsondunn.com

Michael J. Kahn (Bar No. 303289)
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: (415) 393-8316
Fax: (415) 374-8489
mjkahn@gibsondunn.com

*Counsel for Defendants Pinterest, Inc., William Ready, and Julia Brau Donnelly*

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: ____________________, 2026

______________________________
Hon. Rita F. Lin
United States District Judge