**LABATON KELLER SUCHAROW LLP**
Lauren A. Ormsbee (*pro hac vice*)
Jesse L. Jensen (*pro hac vice*)
Alexandra E. Forgione (*pro hac vice*)
Julia L. Applefeld (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
lormsbee@labaton.com
jjensen@labaton.com
aforgione@labaton.com
japplefeld@labaton.com

*Counsel for Lead Plaintiffs and Lead Counsel for the Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Kenneth J. Black (Bar No. 291871)
Snehee Khandeshi (Bar No. 342654)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Tel: (415) 288-4545
kennyb@rgrdlaw.com
skhandeshi@rgrdlaw.com

*Liaison Counsel for Lead Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE PINTEREST, INC. SECURITIES LITIGATION | Case No. 3:26-cv-02745-RFL<br><br>**STIPULATION AND ORDER VACATING MOTION TO DISMISS BRIEFING SCHEDULE IN ANTICIPATION OF LEAD PLAINTIFFS' FORTHCOMING SECOND AMENDED COMPLAINT**<br><br>**CLASS ACTION** |

WHEREAS, court-appointed Lead Plaintiffs Local 705 International Brotherhood of Teamsters Pension Fund, Northern California Glaziers, Architectural Metal and Glassworkers Pension Plan, and Bay Area Painters and Tapers Pension Trust Fund (collectively, "Lead Plaintiffs") filed the Amended Consolidated Complaint for Violations of the Federal Securities Laws (Dkt. No. 62, the "Amended Complaint") on September 18, 2026;

WHEREAS, pursuant to the Scheduling Order entered by the Court on September 11, 2026 (Dkt. No. 61), Defendants Pinterest, Inc. ("Pinterest"), William Ready, and Julia Brau Donnelly ("Defendants") are to file a motion to dismiss or otherwise respond to the Amended Complaint by November 19, 2026; Lead Plaintiffs are to file an opposition to any motion to dismiss by January 15, 2027; and Defendants' reply brief is due on March 1, 2027;

WHEREAS, on November 5, 2026—after the Amended Complaint was filed—this Court in the related derivative action *Azima v. Ready*, No. 3:26-cv-04771-RFL, partially unsealed the amended complaint in that action referencing certain internal Company documents, including minutes and presentation materials from meetings of Pinterest's Board of Directors and its Audit and Risk Committee (*Azima* Dkt. No. 29);

WHEREAS, Lead Plaintiffs believe that the newly-revealed information in the *Azima* amended complaint concern the allegations and claims asserted in the Amended Complaint and this Action, and accordingly intend to amend the Amended Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure to address such information, including by submitting a redlined copy of the proposed further amended complaint (the "Second Amended Complaint") and accompanying proposed Second Amended Complaint Chart of False and Misleading Statements and/or Omissions Pursuant to Judge Lin's Standing Civil Order;

WHEREAS, in the interest of efficiency and economy for the parties and the Court, Lead Plaintiffs and Defendants have conferred regarding vacating the existing Scheduling Order governing Defendants' Motion to Dismiss the Amended Complaint so that Lead Plaintiffs may file the proposed Second Amended Complaint and the Parties may confer as to appropriate timing as to Defendants' answer or motion to dismiss the Second Amended Complaint.

NOW, THEREFORE, by and between Lead Plaintiffs and Defendants, it is hereby agreed and stipulated, subject to approval of the Court, as follows:

1. Defendants' deadline to respond to Lead Plaintiffs' Amended Complaint and all other deadlines set forth in the September 11, 2026 Scheduling Order (Dkt. No. 61) shall be vacated in light of the forthcoming filing of Lead Plaintiffs' Second Amended Complaint.

2. Lead Plaintiffs shall file their Second Amended Complaint on or before November 20, 2026.

3. The Parties will meet and confer and submit promptly thereafter a briefing schedule on Defendants' answer or motion to dismiss the Second Amended Complaint for the Court's approval.

IT IS HEREBY STIPULATED.

Dated: November 16, 2026

**LABATON KELLER SUCHAROW LLP**

*/s/ Lauren A. Ormsbee*
Lauren A. Ormsbee (*pro hac vice*)
Jesse L. Jensen (*pro hac vice*)
Alexandra E. Forgione (*pro hac vice*)
Julia L. Applefeld (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
Fax: (212) 818-0477
lormsbee@labaton.com
jjensen@labaton.com
aforgione@labaton.com
japplefeld@labaton.com

*Lead Counsel for Lead Plaintiffs the Funds and the Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Kenneth J. Black (Bar No. 291871)
Snehee Khandeshi (Bar No. 342654)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Tel: (415) 288-4545
kennyb@rgrdlaw.com
skhandeshi@rgrdlaw.com

*Liaison Counsel for Lead Plaintiffs the Funds and the Class*

**GIBSON DUNN & CRUTCHER LLP**

*/s/ Jessica Valenzuela*
Jessica Valenzuela (Bar No. 220934)
Michael D. Celio (Bar No. 197998)
310 University Avenue
Palo Alto, CA 94301
Tel.: (650) 849-5300
Fax: (650) 849-5333
jvalenzuela@gibsondunn.com
mcelio@gibsondunn.com

Michael J. Kahn (Bar No. 303289)
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: (415) 393-8316
Fax: (415) 374-8489
mjkahn@gibsondunn.com

*Counsel for Defendants Pinterest, Inc., William Ready, and Julia Brau Donnelly*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 18, 2026

Hon. Rita F. Lin
United States District Judge